UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SEVENTEEN THOUSAND NINE<br>HUNDRED DOLLARS ($17,900.00)<br>IN UNITED STATES CURRENCY,<br><br>    Defendants / Counterclaimants. | Case No. 1:15-CV-00368<br><br>**ANGELA RODRIGUEZ'S<br>VERIFIED CLAIM** |

I, Angela Rodriguez, claim that I am the owner of $8,900 of the defendant property listed above.

I did not and do not have knowledge of any unlawful conduct giving rise to the forfeiture.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of October, 2015 by:

_____

Angela Rodriguez

STATE OF NEW YORK
COUNTY OF NEW YORK

Sworn and subscribed before me on this 2nd day of October 2015, Angela Rodriguez personally appeared before me and took an oath under penalties of perjury that the foregoing statement is true and correct.

_____
NOTARY PUBLIC

NADIA N. LEE
Notary Public, State of New York
No. 01LE6307206
Qualified in New York County
Commission Expires June 30, 2018

## CERTIFICATE OF SERVICE

I hereby certify on this 5th day of October 2015, a true and correct copy of the foregoing document and exhibits were served upon counsel of record registered with the Court's CM/ECF System.

    /s/ *John S. Moran*

John S. Moran
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

*Counsel for Claimant, Angela Rodriguez*