**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>          v.<br><br>SEVENTEEN THOUSAND NINE HUNDRED DOLLARS ($17,900.00) IN UNITED STATES CURRENCY,<br><br>                    Defendant,<br><br>JOYCE COPELAND AND ANGELA RODRIGUEZ,<br><br>                    Claimants. | Case No. 1:15-CV-00368-CRC |

## LCVR 83.2(g) CERTIFICATE OF PRO BONO REPRESENTATION

Pursuant to LCvR 83.2(g), I, Christa J. Laser, hereby certify that I am an attorney with Kirkland & Ellis LLP and that I am providing representation without compensation to Joyce Copeland and Angela Rodriguez, the Claimants in the above-captioned litigation. I further certify that I am a member in good standing of the District of Columbia Bar (D.C. Bar No. 1009821).

Dated: October 5, 2015

Respectfully submitted,

_____
Christa J. Laser
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200