UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 15-00368-CRC |
| c/o United States Attorney's Office | ) | |
| 555 Fourth St., N.W. | ) | |
| Washington, D.C.   20530 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| SEVENTEEN THOUSAND NINE | ) | |
| HUNDRED DOLLARS ($17,900.00) | ) | |
| IN UNITED STATES CURRENCY | ) | |
| | ) | |
| Defendant, and | ) | |
| | ) | |
| | ) | |
| ANGELA RODRIGUEZ, | ) | |
| JOYCE COPELAND | ) | |
| | ) | |
| Claimants. | ) | |
| | ) | |

## NOTICE OF SERVICE OF SPECIAL INTERROGATORIES UPON COUNSEL

Plaintiff, United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that on October 23, 2015, the government served by e-mail and sent by Federal Express Overnight delivery to counsel for claimants Angela Rodriguez and Joyce Copeland special interrogatories issued pursuant to Rule G(6)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Pursuant to Rule G(6)(c) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions the "government need not respond to [claimants'] motion to dismiss the action under Rule G(8)(b) [Document 17] until 21 days after the [claimants] ha[ve] answered these interrogatories."

1

This 23rd day of October, 2015.

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar No. 415793

Thomas P. Swanton, D.C. Bar No. 462144
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7063 (Swanton)
(202) 252-7153 (Brown)
Thomas.Swanton@usdoj.gov
Christopher.Brown6@usdoj.gov